UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AMY METZGER-SIMMERS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CAROLYN W. COLVIN Acting )<br>Commissioner of the Social Security )<br>Administration, )<br>)<br>Defendant. ) | No. 1:12-cv-1415-TAB-SEB |

**JUDGMENT**

The Court, having found in favor of Plaintiff Amy Metzger-Simmers and against Defendant Carolyn W. Colvin, enters judgment in favor of the Plaintiff and against the Defendant. Accordingly, the decision of the Commissioner is remanded under sentence four of 42 U.S.C. § 405(g) for further proceedings.

Dated: 2/18/2014

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Joseph R. Wambach
KELLER & KELLER
joew@2keller.com

Timothy E. Burns
KELLER & KELLER
timb@2keller.com

James B. Geren
OFFICE OF GENERAL COUNSEL, SOCIAL SECURITY ADMINISTRATION
james.geren@ssa.gov

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov